

Yusha Hiraman
212.915.5252 (direct)
Yusha.Hiraman@wilsonelser.com

May 10, 2023

***Via* ECF Only**

Honorable Lee G. Dunst
Magistrate Judge for the
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

>   RE:   **Juan Garcia, individually and on behalf of all others similarly situated, v. 10 Roads Express, LLC and Eagle Express Lines, Inc.**
>   **Docket No. 1:22-CV-02783 (JMA) (LGD)**
>   **Our File No. 23868.00003**
>   **Joint Status Report**

Dear Judge Dunst:

Our office represents Defendants, 10 Roads Express, LLC and Eagle Express Lines, Inc. ("Defendants") in the above-referenced matter. We respectfully write, jointly with Plaintiff, pursuant to Your Honor's Order, dated May 3, 2023, requesting a Joint Status Report and to respectfully request a short adjournment of the fact discovery deadline and to the status conference currently scheduled for May 24, 2023.

In terms of status, to date, the Parties have served and responded to each other's formal discovery demands and exchanged their initial document productions. Thereafter, Defendants served a deficiency letter on Plaintiff on April 18, 2023 and Plaintiff responded on April 26, 2023. Plaintiff served his deficiency letter to Defendants on May 1, 2023 and Defendants responded on May 5, 2023.

In the interim, Defendants served multiple supplemental document productions on April 18, May 3, and May 5, and has an additional production that is forthcoming. Plaintiff also provided multiple supplemental document productions on April 27 and May 2, and has an additional production that is forthcoming. Based on the current productions, there appears to be a number of documents and information that still need to be exchanged, between the Parties, in order to proceed towards conducting effective depositions. The Parties are working together diligently to address these concerns, including topics for Defendants' dispositions, without Court intervention, and have already met and conferred regarding these issues on May 8, 2023.

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Alabama • Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston
Indiana • Kentucky • Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • Mississippi • Missouri • Nashville • New Jersey • New Orleans
New York • Orlando • Philadelphia • Phoenix • San Diego • San Francisco • Sarasota • Stamford • Virginia • Washington, DC • Wellington • White Plains

wilsonelser.com

282742112v.4



- 2 -

Given the foregoing, the Parties expect to be able to complete the necessary document and information exchange before May 26, 2023 and thus jointly request a four-week extension to the discovery deadline, from June 2, 2023 to June 30, 2023, to promptly take depositions, which the Parties intend to take during the weeks of June 19 and June 26. In addition, the Parties' respective counsels have trials during the first week in June and both counsels will be in preparations, for their respective trials, towards the end of this month. The Parties previously requested only one extension of the discovery deadline on March 27, 2023, which was granted.

After depositions, the Parties will endeavor to discuss settlement potential at that time, or otherwise meet and confer regarding a proposed schedule for Plaintiff's anticipation pre-certification motion.

Should Your Honor wish to address any of the foregoing at a conference, the Parties remain available at the Court's convenience to schedule a conference.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

__/s/ Yusha D. Hiraman__
Celena R. Mayo
Yusha D. Hiraman


cc: All Counsel of Record (via ECF)

282742112v.4