# JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

32 Broadway, Suite 601
New York, NY 10004
Tel: 212-688-5640
Fax: 212-688-2548
www.jk-llp.com

August 16, 2023

**VIA ECF**

Honorable Lee G. Dunst
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

      Re: *Garcia v. 10 Roads Express, LLC, et al*,
           22 CV 2783 (JMA)(LGD)

Dear Judge Dunst,

      We represent Plaintiff Juan Garcia ("Plaintiff") in the above-referenced matter. We write, on behalf of Plaintiff and Defendants, to provide the Court with a status report on this matter, as follows.

      With the exception of a handful of post-EBT requests Defendants propounded on Plaintiff, the parties have completed all pre-certification discovery. Plaintiff expects to have responses to those requests by August 25, 2023. In addition, Plaintiff is preparing a request for a pre-motion conference before Judge Azrack in anticipation of his certification motion and expects that letter request to be filed prior to the August 21, 2023 status conference before Your Honor. The parties can also report that non-party Philip Fortuna was deposed yesterday August 15, 2023.

      We thank the Court for its attention to this matter.

      Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

   s/*Josef Nussbaum*
Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640

cc: All Counsel of Record (via ECF)