UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br><div align="right">Deputy: Chelsea Tirado</div> |
| **DATE:** | **September 22, 2023** |
| **TIME:** | **10:00AM** |
| **FORMAT:** | ☐ In Person      ☐ Video Conference      ☒ Telephone Conference |
| **DOCKET NUMBER(S):** | **22-CV-2783 (JMA)(LGD)** |
| **NAME OF CASE(S):** | Garcia v. 10 Roads Express, LLC |
| **FOR PLAINTIFF(S):** | Josef Nussbaum |
| **FOR DEFENDANT(S):** | Marielle Alecia Moore |
| **NEXT CONFERENCE(S):** | February 13, 2024 at 3:00PM via AT&T Teleconference<br><div align="right">(877-402-9753 – Access Code: 2785175)</div> |
| **FTR/COURT REPORTER:** | 10:08-10:18, via AT&T Teleconference |

### RULINGS FROM STATUS CONFERENCE:

Case called. Counsel for all sides present.

The parties agreed on the record that prior disputes about communications with potential class members have been resolved consistent with the Court's August 21, 2023 Minute Order.  *See* DE 45.

<div align="center">

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge

</div>