# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN GARCIA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>10 ROADS EXPRESS, LLC AND EAGLE EXPRESS LINES, INC.,<br><br>    Defendants. | Case No.: 2:22-cv-02783-JMA-LGD<br><br>**DECLARATION OF TOM BREEN** |

1. My Name is Tom Breen. I am over 18 years old and competent to execute this declaration.

2. I make this declaration of my own personal knowledge.

3. I have been employed by 10 Roads Express, LLC ("10 Roads") since September 1, 2020, as the Director of Payroll.

4. Through my job, I am familiar with 10 Roads' payroll practices and policies.

5. Beginning with the pay period from December 3, 2023, through December 9, 2023, 10 Roads' New York drivers have been and continued to be paid weekly.

6. Prior to December 3, 2023, 10 Roads' New York drivers were paid bi-weekly.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: January 22, 2024    By: _____
                                                      Tom Breen