UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JUAN GARCIA, individually and on behalf of all others similarly situated,

 Plaintiff,

v.

10 ROADS EXPRESS, LLC AND EAGLE EXPRESS LINES, INC.,

 Defendants.

Case No.: 2:22-cv-02783-JMA-LGD

**DECLARATION OF TAMARA RAY**

---

1. My Name is Tamara Ray. I am over 18 years old and competent to execute this declaration.

2. I make this declaration of my own personal knowledge.

3. I have been employed by 10 Roads Express, LLC ("10 Roads") since January 1, 2021, as a Driver Manager.

4. Through my employment with 10 Roads, I am familiar with Timothy Shepard. Specifically, I have been Timothy Shepard's supervisor since January 1, 2021.

5. On July 27, 2023, I contacted Mr. Shepard by text message about this lawsuit. A true and correct copy of the text messages I exchanged with Mr. Shepard is attached to this Declaration as **Exhibit A**.

6. The text messages in Exhibit A are the only communications I had with Mr. Shepard about this lawsuit.

7. I did not talk to Mr. Shepard about this lawsuit via telephone, nor did I share any opinions about this lawsuit with Mr. Shepard.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: January 22, 2024         By: _____
                                    Tamara Ray