UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN GARCIA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>10 ROADS EXPRESS, LLC and EAGLE EXPRESS LINES, INC.,<br><br>    Defendants. | 22 CV 2783 (JMA)(LGD) |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED that this action, including all claims and counterclaims asserted by the parties, has been discontinued and is hereby dismissed with prejudice and without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

Dated: _____May 20_, 2025

**JOSEPH & KIRSCHENBAUM LLP**

By: _/s/ Josef Nussbaum_
Josef Nussbaum
32 Broadway, Suite 601
New York, New York 10004

*Attorneys for Plaintiff*

**OGLETREE DEAKINS**

By: _/s/ Marielle A. Moore_
Marielle A. Moore
2000 South Colorado Blvd, Tower Three, Suite 900
Denver, CO 80222

*Attorneys for Defendants*